IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD L. SASSELLI,

        Plaintiff,                      No. S-06-2204 GEB CMK

    vs.

JIM PENA, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is proceeding in this action without counsel.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a)(1).  Plaintiff avers that his only month income is approximately $500 in disability and that he sometimes earns money from working as an independent contractor.  Accordingly, the request to proceed in forma pauperis will be granted.

        The determination that plaintiff may proceed in forma pauperis does not complete the required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  Pro se pleadings are liberally construed.  See Haines v. Kerrner, 404 U.S. 519, 520-21 (1972).

        Plaintiff's twelve page typed complaint alleges that defendants interfered with his

1 mining claim. The gist of the complaint is that defendants forced plaintiff to remove his
2 equipment from his mining claim and then entered plaintiff's mining claim and removed several
3 tons of equipment parts and steel without notice to plaintiff that such would be removed.
4 Plaintiff appears to allege that defendants conspired against him to coerce, defraud, and defame
5 him. Plaintiff also alleges that defendants violated his due process rights.

6 Plaintiff's complaint states a cognizable claim against defendants that he alleges
7 that defendants violated his due process rights. Plaintiff does not state cognizable state law
8 claims for defamation, fraud, or conspiracy. Accordingly, the court will allow plaintiff thirty
9 days to file am amended complaint which states cognizable state law claims against defendants.
10 Should plaintiff fail to file an amended complaint within thirty days, the court will assume that
11 plaintiff seeks to proceed only on his federal due process claim and will recommend that the
12 state law claims be dismissed.

13 In accordance with the above, IT IS HEREBY ORDERED that:

14 1. Plaintiff's request to proceed in forma pauperis is granted.

15 2. The Clerk of the Court is directed to file the complaint and open a civil action
16 for this matter.

17 3. Plaintiff is granted thirty days from the date this order is filed to file an
18 amended complaint against defendants. The court will make issue an order for service of
19 defendants when it becomes clear whether plaintiff intends to proceed on his original complaint
20 or to file an amended complaint.

22 DATED: February 28, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE