IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD L. SASSELLI,

    Plaintiff,                    No. CIV S-06-2204 GEB CMK

    vs.

JIM PENA, Forest Supervisor, et al.,

    Defendants.

_____/      ORDER

        On March 20, 2007, plaintiff filed a request for a thirty day extension of time in which to file his amended complaint. Good cause appearing, plaintiff's request is granted.

        IT IS ORDERED that plaintiff shall have thirty days from the date this order is filed to file his amended complaint.

DATED: March 28, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26