**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD L. SASSELLI, | 2:06-cv-2204-GEB-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JIM PENA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil rights action alleging various due process violations by employees of the United States Forest Service. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 12, 2007, the magistrate judge filed findings and recommendations (Doc. 14) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

1  / / /

2  file, the court finds the findings and recommendations to be supported by the record and by

3  proper analysis.

4            Accordingly, IT IS HEREBY ORDERED that:

5            1.    The findings and recommendations filed June 12, 2007, are adopted in

6  full;

7            2.    This action is dismissed <u>as against defendants Pena, Smolden, Caston and

8  Heydon only</u>.  This action <u>will proceed</u> against defendant Christofferson; and

9            3.    The Clerk of the Court is directed to terminate these four individuals as

10  defendants to this action.

11  Dated:  August 30, 2007

13                  GARLAND E. BURRELL, JR.
14                  United States District Judge