**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD L. SASSELLI, | No. CIV S-06-2204 GEB-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JIM PENA, et al., | |
| Defendants. | |
| _____/ | |

A status/scheduling conference was held in this matter on November 13, 2007, at 10:00 a.m. before the undersigned. Plaintiff Clifford L. Sasselli appeared pro se. Bobbie J. Montoya, Esq., appeared for defendant Tricia Christofferson.

Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the following schedule is set for this matter pursuant to Federal Rule of Civil Procedure 16(b):

    1.    Initial disclosures shall be exchanged no later than December 31, 2007;

    2.    The parties shall exchange lists of expert witnesses no later than March 1, 2008. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when

required under Federal Rule of Civil Procedure 26(e)(1).  Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

      2.     Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by May 16, 2008;

      3.     All other pre-trial motions, including dispositive motions, shall be noticed to be heard by August 21, 2008;

      4.     The pre-trial conference is set for October 6, 2008, at 2:30 p.m. before the Honorable Garland E. Burrell, Jr., at the United States District Courthouse, 501 I Street, Sacramento, California, in courtroom 10.  Pre-trial statements shall be filed pursuant to Local Rule 16-281.  At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

      5.     Trial of this matter is set for December 4, 2008, at 9:00 a.m. in courtroom 10 before the Honorable Garland E. Burrell, Jr.  The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED:  November 29, 2007

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE