IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. SASSELLI, | No. CIV S-06-2204 GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JIM PENA, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil rights action alleging various due process violations by employees of the United States Forest Service.  Pursuant to Eastern District of California Local Rule 78-230(h), the hearing on the motion to dismiss (Doc. 26), scheduled for February 13, 2008, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs.

      IT IS SO ORDERED.

DATED: February 1, 2008

                                                                       _____
                                                                      **CRAIG M. KELLISON**
                                                                      UNITED STATES MAGISTRATE JUDGE