IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. SASSELLI,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TRICIA CHRISTOFFERSON,<br>U.S. Forest Service, Public Service Staff,<br>Plumas National Forest,<br><br>　　　　　　　Defendant. | Case No. 2:06-CV-02204-GEB-CMK<br><br>ORDER APPROVING STIPULATION TO<br>MODIFY PRETRIAL SCHEDULING ORDER |

　　　　The parties' stipulation to modify the pretrial scheduling order filed May 2, 2008, is hereby APPROVED. The discovery cutoff date set forth in the November 29, 2007 [pretrial scheduling] Order shall be extended from May 16, 2008 to June 16, 2008, to allow the Court time to rule on defendant's dispositive motion so that the parties do not have to incur the substantial expense of further discovery should defendant's motion be granted. In all other respects, the November 29, 2007 Order shall remain in effect.

　　　　IT IS SO ORDERED.

DATED: May 2, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order Approving Stipulation to Modify Pretrial
Scheduling Order