IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. SASSELLI, | No. CIV S-06-2204 GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JIM PENA, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil rights action against employees of the United States Forest Service.  Pending before the court is defendant Christofferson's request to stay discovery.[1]  Pursuant to the scheduling order (Doc. 25), discovery was to be completed by May 16, 2008.  The parties stipulated to extend the discovery cutoff date, which the court approved, to June 16, 2008.

      Defendant filed a motion to dismiss on January 2, 2008.  The undersigned issued findings and recommendations on May 28, 2008, recommending the motion to dismiss be

---

[1] Plaintiff has not filed an objection to this request, but appears to have voiced his opposition to defendant.  Defendant has therefore filed a reply/response to plaintiff's objections outlining what his objections are.

1

granted. The objection period has not yet expired. However, because of the pending discovery cutoff date, defendant has noticed plaintiff's deposition for June 5, 2008. In order to avoid the expense of the deposition for both parties, defendant has requested this order staying discovery.

The court has great discretion to issue protective orders. <u>BRS Land Investors v. United States</u>, 596 F.2d 353, 356 (9th Cir. 1979). While it has been held that "[d]iscovery need not cease during the pendency of a motion to dismiss," <u>SK Hand Tool Corp. v. Dresser Indust., Inc.</u>, 852 F.2d 936, 945, n.11 (7th Cir. 1988), a court may limit discovery under Fed. R. Civ. P. 26(c)(4) "for good cause" and stay discovery when it believes that the plaintiff will be unable to state a claim for relief. <u>Wood v. McEwen</u>, 644 F.2d 797, 801 (9th Cir. 1981). In this regard, a United States Magistrate Judge "has broad discretion to stay discovery pending decision on a dispositive motion." <u>Panola Land Buyers Ass'n v. Shuman</u>, 762 F.2d 1550, 1560 (11th Cir. 1985).

The court finds good cause to stay discovery in this matter pending a final decision on defendant's motion to dismiss. If appropriate, the court will issue a separate order requiring status reports to address discovery and other scheduling issues.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's application to stay discovery is granted;

2. Discovery is stayed until further order of the court; and

3. If appropriate, the court will issue further orders requiring the filing of status reports.

DATED: June 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE