# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD L. SASSELLI, | | 2:06-cv-2204-GEB-CMK |
| | Plaintiff, | |
| vs. | | ORDER |
| JIM PENA, et al., | | |
| | Defendants. | |
| _____/ | | |

       Plaintiff, who is proceeding pro se, brings this civil rights action against employees of the United States Forest Service.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On May 28, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 28, 2008, are adopted in full;

2. Defendant Christofferson's motion to dismiss (Doc. 26) is granted; and

3. The Clerk of the Court is directed to enter judgment and close this case.

Dated: July 29, 2008

GARLAND E. BURRELL, JR.
United States District Judge